Justices TODD and McCAFFERY join this concurring opinion.

**Curtis PRICE, aka Theodore Wright, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

June 16, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of June, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**